property, rights, or privileges must be construed strictly in favor of the state on grounds of public policy, and whatever is not unequivocally granted in clear and explicit terms is withheld. Any ambiguity or obscurity in the terms of the statute must operate in favor of the state. Empire Gas & Fuel Co. v. State [121 Tex. 138], 47 S.W. 2d 265, not yet reported in State Report; 36 Cyc. p. 1177; Lewis' Sutherland Statutory Construction, Vol. 2, § 548; Central Transportation Co. v. Pullman's Palace-Car Co., 139 U.S. 24, 11 S.Ct. 478, 35 L.Ed. 55; 18 R.C.L. p. 1220; Coosaw Mining Co. v. South Carolina, 144 U.S. 550, 12 S.Ct. 689, 36 L.Ed. 537."

See also Magnolia Petroleum 'Co. v. Walker, 125 Tex. 430, 441, 83 S.W.2d 929.

In the amendment of 1925 no reference is made to river beds and channels. From the language used in both the 1917 Act and in the 1925 Act, construed in the light of the public policy of this State and of the history of such legislation, such acts were passed with reference to bays, marshes, reefs, salt water lakes, and other similar submerged lands, and it was not intended to refer to river beds far removed from the salt water territory. If the Legislature had intended to include river beds in these acts, it could have expressed such intention in plain language. This was not done, and this Court would not be justified in giving it that construction.

Relator's application for a mandamus is denied.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted on a charge of the theft of an automobile tire and his punishment assessed at a fine of $200 and one year in the county jail.

The proceedings appear regular. The record is before us without statement of facts or bills of exception, and there is nothing presented to this Court for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.